# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KING MICHAEL TUTANKHAMAN,

    Plaintiff,

v.

MARCUS HARVEY,

    Defendant.

Case No. 2:22-cv-01454-RFB-NJK

**ORDER**

[Docket No. 1]

Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*, Docket No. 1, and has submitted a complaint, Docket No. 1-1.

**I.  Application to Proceed *In Forma Pauperis***

Plaintiff filed an application to proceed *in forma pauperis*. Docket No. 1. The application has sufficiently shown an inability to prepay fees and costs or give security for them. Accordingly, the application to proceed *in forma pauperis* will be granted pursuant to § 1915. The Court will now review Plaintiff's complaint.

**II.  Screening the Complaint**

When a party seeks permission to pursue a civil case *in forma pauperis*, courts will screen the complaint. *See* 28 U.S.C. § 1915(e). Here the entirety of the complaint consists of a blank AO91 Criminal Complaint form and letter reciting various federal criminal statutes to be charged. Docket No. 1-1. No other information is provided.  "[A] private citizen lacks a judicially cognizable interest in the prosecution or nonprosecution of another." *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973). Although the Court liberally construes the filings of litigants proceeding without an attorney, *Erickson v. Pardus*, 551 U.S. 89, 94 (2007), Plaintiff's complaint lacks any indication of proper causes of action or supporting facts.

**III.  Conclusion**

Accordingly, the Court hereby **ORDERS** as follows:

1

1. Plaintiff's request to proceed *in forma pauperis* is **GRANTED**. At this time, Plaintiff shall not be required to pre-pay the filing fee.

2. Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of a security therefor. The Order granting leave to proceed *in forma pauperis* shall not extend to the issuance of subpoenas at government expense.

3. The complaint is **DISMISSED** with leave to amend. Plaintiff will have until **October 10, 2022**, to file an Amended Complaint, if Plaintiff believes the noted deficiencies can be corrected.

4. Plaintiff is **CAUTIONED** that any subsequent pleadings must comply with all applicable rules and case law. Plaintiff recently had another case in this Court dismissed as frivolous, *King Michael Tutankhaman v. Markus Harvey*, No. 2:22-cv-01219-RFB-EJY, Docket No. 48 (D. Nev. Sep. 2, 2022), and filed another case contemporaneously with this one, *King Michael Tutankhaman v. Donald John Trump*, No. 2:22-cv-01455-MMD-VCF. Failure to comply with applicable rules and procedures may result in various sanctions including Plaintiff's complaint being dismissed and Plaintiff being declared a vexatious litigant.

IT IS SO ORDERED.

Dated: September 8, 2022.

Nancy J. Koppe
United States Magistrate Judge